UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20151-CR-GRAHAM/GOODMAN

UNITED STATES OF AMERICA

v.

ALICIA BELLAMY,

  Defendant.
_____/

## REPORT AND RECOMMENDATIONS ON CHANGE OF PLEA

This Cause is before the Undersigned following the District Court's Order of Reference [ECF No. 30] to conduct a change of plea hearing for the acceptance of the defendant's guilty plea, and the Undersigned, having conducted the hearing, recommends to the District Court as follows:

1. On June 12, 2013, the Undersigned convened a hearing to permit the defendant to enter a change of plea. The Undersigned advised the defendant of the right to have these proceedings conducted by the District Judge assigned to the case. Furthermore, the Undersigned advised the defendant that the Undersigned was conducting the change of plea hearing on an Order of Reference from the District Court and with the agreement of the defendant, the defendant's attorney, and the Assistant United States Attorney assigned to this case. The Undersigned further advised the

1

defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the defendant's sentence and would conduct a sentencing hearing at a time set by the District Court.

2. The Undersigned advised the defendant that the defendant did not have to permit the Undersigned United States Magistrate Judge to conduct this hearing and could require that the change of plea hearing be conducted only by a United States District Judge. The defendant, the defendant's attorney, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to the Undersigned conducting the change of plea hearing.

3. The Undersigned conducted a plea colloquy in accordance with Rule 11 of the Federal Rules of Criminal Procedure.

4. There is a written plea agreement that has been entered into by the parties in this case. The Undersigned reviewed the plea agreement on the record and had the defendant acknowledge that the defendant signed the plea agreement. The Undersigned also made certain that the defendant was aware of any minimum mandatory sentences and maximum sentences which could be imposed in this case pursuant to the plea agreement and the applicable statutes.

5. The defendant pled guilty to Counts 1, 2, 3, and 6 of the indictment, which counts charge the defendant with conspiracy to commit a Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951(a) (Count 1); Hobbs Act robbery,

in violation of Title 18, United States Code, Section 1951(a) (Count 2); using a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) (Counts 3 and 6). [*See* ECF No. 1].

6. The defendant also waived all rights conferred by Title 18, United States Code, Section 3742 and Title 28, United States Code, Section 1291, to appeal any sentence imposed, including any restitution order, or to appeal the manner in which the sentence was imposed. The defendant agreed that nothing in the agreement would affect the Government's right and/or duty to appeal as set forth in Title 18, United States Code, Section 3742(b) and Title 28, United States Code, Section 1291. However, if the United States appeals the defendant's sentence pursuant to Sections 3742(b) and 1291, the defendant was notified that she would be released from the above waiver of appellate rights. The Undersigned is also entering a <u>specific</u> finding that the waiver of appellate rights was knowing and voluntary.

7. The Government stated a factual basis for the entry of the plea, which included all of the essential elements of the crimes, to which the defendant is pleading guilty, and any sentencing enhancements and/or aggravating factors that may be applicable. The defendant acknowledged the possible maximum penalty which could be imposed in this case. The Government also announced its intent to file a motion pursuant to § 5K1.1 of the United States Sentencing Guidelines on behalf of defendant.

8. Based upon all of the foregoing and the plea colloquy conducted by the Undersigned, the Undersigned respectfully recommends to the District Court that the defendant be found to have freely and voluntarily entered a guilty plea to Counts 1, 2, 3, and 6 of the indictment, and that the defendant be adjudicated guilty of those offenses.

9. A pre-sentence investigation is being prepared for the District Court by the United States Probation Office, and sentencing has been set for **August 20, 2013 at 10:30 a.m., at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 13-4, Miami, Florida**.

**ACCORDINGLY,** the Undersigned respectfully recommends to the District Court that the defendant's plea of guilty be accepted, the defendant be adjudicated guilty of the offenses to which a plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have 14 days from the date of this Report and Recommendations within which to file objections, if any, with the Honorable Donald L. Graham, United States District Judge assigned to this case. Failure to file timely objections waives a party's right to review issues related to the defendant's plea under Fed. R. Crim. P. 11 before the District Judge or the Court of Appeals (even under a plain

error standard). *See* Fed. R. Crim. P. 59(b)(1), (2), cited in *United States v. Lewis*, 492 F.3d 1219, 1222 (11th Cir. 2007) (en banc).

**RESPECTFULLY RECOMMENDED** at Miami, Florida, this 13th day of June, 2013.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

<u>Copies furnished to</u>:
Honorable Donald L. Graham
All Counsel of Record
United States Probation